UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GARY M. JONES, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 08-10583-LTS |
| VITO SCOTTI, et al., | ) | |
| Defendants. | ) | |

JUDGMENT

September 16, 2011

In accord with the Court's Memorandum and Order of September 16, 2011, JUDGMENT hereby enters in favor of Defendants Vito Scotti, Frank John, Craig Mace, Coleman Wholean, and Claims Investigations Services, and against the Plaintiffs, Gary M. Jones and Stephen S. Howitt on all Counts of the Complaint directed against them.

Additionally, in accord with the Court's Order and Memorandum of April 26, 2010, (Docket # 41), JUDGMENT hereby enters in favor of the Defendant Wayne L. Mackiewicz and against the Plaintiffs, Gary M. Jones and Stephen S. Howitt on all Counts of the Complaint directed against him.

Each party is to bear its own costs and expenses.

SO ORDERED.

/s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE